# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Keith Reynauld

Printed: 03/17/09

Case Number:  07 B 07088

Judge:  Hollis, Pamela S

Filed:  4/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  December 15, 2008
Confirmed:  June 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,840.57 |  |
| Secured: |  | 15,228.04 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 720.00 |
| Trustee Fee: |  | 990.68 |
| Other Funds: |  | 901.85 |
| Totals: | 17,840.57 | 17,840.57 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1.  Peter F Geraci | Administrative | 720.00 | 720.00 |
| 2.  City Of Chicago | Secured | 0.00 | 0.00 |
| 3.  Select Portfolio Servicing | Secured | 17,269.78 | 14,223.18 |
| 4.  Select Portfolio Servicing | Secured | 8,206.53 | 1,004.86 |
| 5.  Capital One | Unsecured | 576.59 | 0.00 |
| 6.  Educational Credit Management Corp | Unsecured | 16,826.28 | 0.00 |
| 7.  Commonwealth Edison | Unsecured | 487.10 | 0.00 |
| 8.  Marquette National Bank | Unsecured | 770.33 | 0.00 |
| 9.  B-Real LLC | Unsecured | 2,496.19 | 0.00 |
| 10.  Portfolio Recovery Associates | Unsecured | 602.32 | 0.00 |
| 11.  Peoples Energy Corp | Unsecured | 3,570.20 | 0.00 |
| 12.  Resurgent Capital Services | Unsecured | 557.55 | 0.00 |
| 13.  RoundUp Funding LLC | Unsecured | 183.30 | 0.00 |
| 14.  AT&T | Unsecured |  | No Claim Filed |
| 15.  Brinks | Unsecured |  | No Claim Filed |
| 16.  Direct Tv | Unsecured |  | No Claim Filed |
| 17.  Midland Credit Management | Unsecured |  | No Claim Filed |
|  |  | $ 52,266.17 | $ 15,948.04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 545.74 |
| 6.5% | 389.67 |
| 6.6% | 55.27 |
|  | $ 990.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Keith Reynauld

Printed: 03/17/09

Case Number:  07 B 07088

Judge:  Hollis, Pamela S

Filed:  4/19/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: